NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFFINITY LABS OF TEXAS, LLC,**
*Plaintiff-Cross Appellant,*

v.

**HYUNDAI MOTOR AMERICA, INC.,
HYUNDAI MOTOR MANUFACTURING ALABAMA
LLC, AND KIA MOTORS AMERICA, INC.,**
*Defendants-Appellants,*

AND

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Defendant-Appellant.*

---

2011-1350, -1365, -1386

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 08-CV-0164, Judge Ron Clark.

---

**ON MOTION**

---

**O R D E R**

Affinity Labs of Texas, LLC, moves to reactivate the cases and to expedite the briefing schedule. Volkswagen of America, Inc. objects to the expedited briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to reactivate is granted. The motion to expedite is denied. The appellants' principal briefs shall be filed within 60 days from the date of this order.

FOR THE COURT

**AUG 1 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brian McQuillen, Esq.
     Steven M. Zager, Esq.
     Mark A. Hannemann, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 2 2011**

**JAN HORBALY**
**CLERK**